**Bret Michael BARRON, Petitioner—Appellant,**

v.

**Ralph S. BEARDSLEY; Charles Condon, Attorney General of the State of South Carolina, Respondents—Appellees.**

No. 03–7512.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2004.

Decided March 16, 2004.

John Dewey Elliott, Columbia, South Carolina, for Appellant.

Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bret Michael Barron seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his petition under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Barron has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*